| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5061<br>Fax: (408) 535-5066<br>E-Mail: Susan.Knight@usdoj.gov |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 JF |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| HAK CHON LEE, | ) | (San Jose Venue) |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with respect to Hak Chon Lee without prejudice.

DATED: 8/24/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Chief, San Jose Branch Office

NOTICE OF DISMISSAL
CR 09-01118 JF

Leave is granted to the government to dismiss the indictment against Hak Chon Lee.

Date: 9/6/11

JEREMY FOGEL
United States District Judge