MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

NOV 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01118 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BEOB JOON YOO, | |
| Defendant. | SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing currently scheduled for November 29, 2011 be continued to January 12, 2012. The reason for the continuance is that defense counsel Patrick Valencia is continuing his investigation, and needs additional time to review the evidence in the case. In addition, Mr. Valencia will be in trial the first week of December, and AUSA Susan Knight will be in trial in *United States v. Qin*, CR 11-00083 PJH, during the week of December 12, 2011. The Court is unavailable on November 29, 2011. The parties also request an exclusion of time under the Speedy Trial Act from November 29, 2011 through January 12, 2011. The parties agree and stipulate that an exclusion of time is appropriate

//

//

based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                                  MELINDA HAAG
                                                United States Attorney

DATED: 11/21/11                                 _____/s/_____
                                                SUSAN KNIGHT
                                                Assistant United States Attorney

DATED: 11/21/11                                 _____/s/_____
                                                PATRICK VALENCIA
                                                Counsel for Mr. Yoo

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. Beob Joon Yoo currently scheduled for November 29, 2011 is continued to January 12, 2012 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from November 29, 2011 through January 12, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 11-22-11                                 _____
                                                D. LOWELL JENSEN
                                                United States District Judge