MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01118 DLJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| JUN HEE JI, ) | |
| Defendant. ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for February 16, 2012 be continued to May 24, 2012. The reason for the continuance is that the parties need to resolve an error in the sentencing guideline calculation in the plea agreement, and the defendant needs to be interviewed by Probation Officer Benjamin Flores. The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:            MELINDA HAAG
                          United States Attorney

DATED: 2/13/12            _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

STIPULATION AND [] ORDER
CR 09-01118 DLJ                    1

1  DATED: 2/13/12                          /s/
                                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                          JACK D. GORDON
2                                         Counsel for Mr. Ji

                                    ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. Jun Hee Ji, currently scheduled for February 16, 2012, is continued to May 24, 2012 at 10:00 a.m.

SO ORDERED.

DATED:  _____                       ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                          D. LOWELL JENSEN
                                          United States District Judge