MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

E-FILING CASE

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING DATE |
| v. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| BEOB JOON YOO, | ) | |
| | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |
| _____ | ) | |

    The undersigned parties respectfully request that the change of plea hearing currently

scheduled for May 10, 2012 be continued to June 14, 2012.  The reason for the continuance is

that defense counsel Patrick Valencia will be in trial in state court beginning on May 7, 2012.

The parties also request an exclusion of time under the Speedy Trial Act from May 10, 2012

through June 14, 2012 2012.  The parties agree and stipulate that an exclusion of time is

appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                MELINDA HAAG
                                United States Attorney

DATED: 5/3/12                  _____/s/_____
                                SUSAN KNIGHT
                                Assistant United States Attorney

DATED: 5/3/12                          /s/
                                    PATRICK VALENCIA
                                    Counsel for Mr. Yoo


                                    ORDER

     Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea

hearing in United States v. Beob Joon Yoo currently scheduled for May 10, 2012 is continued to

June 14, 2012 at 9:00 a.m.

     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

May 10, 2012 through June 14, 2012.  The Court finds, based on the aforementioned

reasons, that the ends of justice served by granting the requested continuance outweigh the best

interest of the public and the defendant in a speedy trial.  The failure to grant the requested

continuance would deny defense counsel reasonable time necessary for effective preparation,

taking into account the exercise of due diligence, and would result in a miscarriage of justice.

The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:_____                   _____
                                    D. LOWELL JENSEN
                                    United States District Judge