```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUN HEE JI, ) <br> ) <br> Defendant. ) <br> ) | No. CR 09-01118 DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING SENTENCING <br> DATE <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for August 9, 2012 be continued to October 11, 2012. The reason for the continuance is that the defendant needs to be interviewed by Probation Officer Benjamin Flores. The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:             MELINDA HAAG
                           United States Attorney

DATED: 7/16/12             _____/s/_____
                           SUSAN KNIGHT
                           Assistant United States Attorney


DATED: 7/16/12             _____/s/_____
                           JACK D. GORDON
                           Counsel for Mr. Ji


STIPULATION AND [] ORDER
CR 09-01118 DLJ                        1

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | |
| 3 | Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in |
| 4 | <u>United States v. Jun Hee Ji</u>, currently scheduled for August 9, 2012 is continued to October 11, |
| 5 | 2012 at 10:00 a.m. |
| 6 | SO ORDERED. |
| 7 | DATED:_____ _____ |
| 8 | D. LOWELL JENSEN<br>United States District Judge |

STIPULATION AND [] ORDER
CR 09-01118 DLJ                    2