MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JUN HEE JI, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 09-01118 DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING SENTENCING <br> DATE <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for October 11, 2012 be continued to October 18, 2012. The reason for the continuance is that Assistant United States Attorney Susan Knight will be out of the office on a work-related matter. In addition, the defendant needs to be interviewed by Probation Officer Benjamin Flores. The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:                      MELINDA HAAG
                                         United States Attorney

DATED: 8/13/12                     _____/s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney

1 | DATED: 8/13/12                    /s/
                                     JACK D. GORDON
2                                    Counsel for Mr. Ji

3

4                                    ORDER

5

6   Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in

7   United States v. Jun Hee Ji, currently scheduled for October 11, 2012 is continued to October 18,

    2012 at 10:00 a.m.
8
    SO ORDERED.
9
                                     [signature]
10  DATED:_____
                                     D. LOWELL JENSEN
11                                   United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                      2