MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5056
  FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| BEOB JOON YOO, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for September 20, 2012 be continued to October 25, 2012. The reason for the continuance is that the government is waiting to receive victim-impact statements from several victims. These letters are necessary for Probation Officer Benjamin Flores to complete his presentence investigation. The parties have informed Officer Flores of the new date, and he has no objection.

SO STIPULATED:                  MELINDA HAAG
                                      United States Attorney

DATED: 8/21/12                     /s/
                                      SUSAN KNIGHT
                                      Assistant United States Attorney

DATED: 8/21/12                     /s/
                                      PATRICK VALENCIA
                                      Counsel for Mr. Yoo

STIPULATION AND [] ORDER
CR 09-01118 DLJ

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing |
| 3 | hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for September 20, 2012 is |
| 4 | continued to October 25, 2012 at 10:00 a.m. |
| 5 | SO ORDERED. |
| 6 | DATED: _____ |
| 7 | D. LOWELL JENSEN<br>United States District Judge |