MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01118 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| v. | |
| BEOB JOON YOO, | SAN JOSE VENUE |
| Defendant. | |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for November 29, 2012 be continued to February 28, 2013. The reason for the continuance is that Probation Officer Benjamin Flores needs to complete his presentence investigation, and Assistant United States Attorney Susan Knight is unavailable for several weeks in early February due to a trial before the Honorable Ronald M. Whyte. The parties have informed Officer Flores of the new date, and he has no objection.

SO STIPULATED:
                          MELINDA HAAG
                          United States Attorney

DATED: 11/15/12                _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

DATED: 11/15/12                _____/s/_____
                          PATRICK VALENCIA
                          Counsel for Mr. Yoo

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Beob Joon Yoo</u> currently scheduled for November 29, 2012 is continued to February 28, 2013 at 10:00 a.m.

SO ORDERED.

DATED:_____    _____
D. LOWELL JENSEN
United States District Judge