| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056<br>FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-01118 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND []<br>) ORDER CONTINUING SENTENCING<br>) DATE |
| JUN HEE JI, | ) |
| Defendant. | ) SAN JOSE VENUE |
| | ) |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for November 29, 2012 be continued to March 7, 2013. The reason for the continuance is that the defendant needs to be interviewed by Probation Officer Benjamin Flores. Assistant United States Attorney Susan Knight also will be unavailable due to a trial starting on February 4, 2013 before the Honorable Ronald M. Whyte. In addition, co-defendant Beob Yoo will be sentenced on February 28, 2013. The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:	MELINDA HAAG
	United States Attorney

DATED: 11/15/12	_____/s/_____
	SUSAN KNIGHT
	Assistant United States Attorney

STIPULATION AND [] ORDER
CR 09-01118 DLJ                                    1

DATED: 11/15/12         /s/
                        JACK D. GORDON
                        Counsel for Mr. Ji

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in <u>United States v. Jun Hee Ji</u>, currently scheduled for November 29, 2012 is continued to March 7, 2013 at 10:00 a.m.

SO ORDERED.

DATED: _____                    _____
                                       D. LOWELL JENSEN
                                       United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                           2