JACK GORDON; SBN 169380
1885 The Alameda, Ste.214
San Jose, CA 95126
Tel. (408)286-1351
Fax. (408)503-0954

Attorney for Defendant,
June Hee Ji

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-01118-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE, DECLARATION, ORDER |
| vs. | |
| JUNE HEE JI, | |
| Defendant. | |

The above listed parties stipulate as follows:

1. Mr. Ji is currently scheduled to be sentence before the Honorable D. Lowell Jensen on May 30, 2013 at 10:00 a.m. This matter had been moved from May 23, 2013.

2. Defense counsel already had four matters (3 juvenile, 1 adult murder case) set in state court on May 30, 2013.

3. Due to the nature of the state court matters and travel involved defense cannot attend Mr. Ji's sentencing.

4. Defense counsel for Mr. Ji requests that the sentencing hearing presently set for May 30, 2013 at 10:00 a.m. be

1

| | |
|---|---|
|1| continued to June 13, 2013 at 10:00. AUSA Knight does not |
|2| object to the continuance or proposed date. |

Therefore the parties respectfully request that the Court continue defendant Ji's sentencing from May 30, 2013 at 10:00 a.m. to June 13, 2013 at 10:00 a.m.

IT IS SO STIPULATED:

                                                                              /s/

Dated: 5/28/13                            Jack Gordon
                                                         Attorney for Defendant

Dated: 5/28/13                            /s/
                                                         Susan Knight
                                                         Assistant U.S. Attorney

## Declaration of Attorney Jack Gordon

1. I am the attorney of record in the above action:
2. I had four state court matters (3 juvenile, 1 adult) set the morning of May 30, 2013 prior to the Ji matter being moved to that date;
3. This conflict makes it all but impossible for me to attend the Ji sentencing;
4. AUSA does not object to this continuance and June 13, 2013 works for her schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/28/13                                                                /S/

| | Jack Gordon |
|---|---|

[] ORDER

Having considered the request of the defendant and stipulation of the parties, and good cause appearing, the Court orders that the sentencing hearing for defendant June Hee Ji (case no. CR-09-01118-DLJ) be continued from May 30, 2013 to June 13, 2013 at 10:00 a.m.

Dated: _____

_____
Honorable D. Lowell Jensen
United States Magistrate Judge