MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01118 JF |
| Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| JUN HEE JI, ) | SAN JOSE VENUE |
| Defendant. ) | |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for June 27, 2013 be continued to August 1, 2013. The reason for the continuance is that AUSA Susan Knight will be unavailable due to trial in *United States v. Sineneng-Smith* before the Honorable Ronald M. Whyte. Probation Officer Benjamin Flores has been notified and has no objection.

SO STIPULATED:    MELINDA HAAG
United States Attorney

DATED: 6/12/13    _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

STIPULATION AND ] ORDER
CR 09-01118 JF

DATED: 6/12/13

           /s/
JACK GORDON
Counsel for Mr. Ji

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in *United States v. Jun Hee Ji* currently scheduled for June 13, 2013 is continued to August 1, 2013.

SO ORDERED.

DATED: Î ÐJÐH

D. LOWELL JENSEN
United States District Judge